**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

**IN RE:**                                                     **CASE NO.: 23-02170-KMS**
**Marvin Thomas Dansby, Jr.**                          **CHAPTER 13**
**aka Tommy Dansby**

    **Debtor.**

_____/

### NOTICE OF SATISFACTION OF PROOF OF CLAIM 1-1

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of Claim 1-1, filed by USAA Federal Savings Bank on 10/04/2023, in the amount of $8,956.96, is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 1-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

> Robertson, Anschutz, Schneid Crane & Partners PLLC
> Authorized Agent for Secured Creditor
> 13010 Morris Road, Suite 450
> Alpharetta, Ga 30004
> Telephone: 470-321-7112
>
> By: /s/ Francisco Cardona
> Francisco Cardona
>     Email: fcardona@raslg.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISIONAL OFFICE DIVISION

IN RE:                                          CASE NO.: 23-02170-KMS
**Marvin Thomas Dansby, Jr.**                          CHAPTER 13
**aka Tommy Dansby**

    **Debtor.**

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 11, 2026, I electronically filed the foregoing
with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served
via CM/ECF or United States Mail to the following parties:

**Marvin Thomas Dansby, Jr.**
**716 Green St**
**Brandon, MS 39042**

And via electronic mail to:

**Thomas Carl Rollins, Jr**
**The Rollins Law Firm, PLLC**
**PO BOX 13767**
**Jackson, MS 39236**
**Email: trollins@therollinsfirm.com**

**Trustee**
**David Rawlings**
**David Rawlings, Chapter 13 Trustee**
**P.O. Box 566**
**Hattiesburg, MS 39403**
**Email: ecfnotices@rawlings13.net**

**United States Trustee**
**501 East Court Street**
**Suite 6-430**
**Jackson, MS 39201**
**(601) 965-5241**
**Email: USTPRegion05.JA.ECF@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON-3 DIVISIONAL OFFICE DIVISION**

**IN RE:**                                                   **CASE NO.: 23-02170-KMS**
**Marvin Thomas Dansby, Jr.**                                **CHAPTER 13**
**aka Tommy Dansby**

        **Debtor.**
_____/


                    By: /s/ Fernan Lara
                    Fernan Lara
                    Email: flara@raslg.com